UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| OWEN LAMAR COOPER, SR., )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>RONALD FLOYD DUNSON, )<br>et al., )<br>)<br>Defendants ) | Case No. 2:11-cv-00238-SLB-HGD |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 9, 2011, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b).  Objections were filed by the plaintiff on June 1, 2011.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and plaintiff's objections, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Plaintiff's objections are due to be and are hereby **OVERRULED**.  Accordingly, the complaint is due to be

DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

**DONE**, this 10th day of June, 2011.

*Sharon Lovelace Blackburn*
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE